1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   THERESA BROOKE,                              Case No.: 1:16-cv-1406 AWI JLT

12              Plaintiff,                         ORDER RELATING CASES

13        v.

14   H&K PARTNERSHIP, a California
     partnership dba Best Economy Inn & Suites,

15

16              Defendant.
     ─────────────────────────────────

17   THERESA BROOKE,                              Case No.: 1:16-cv-1407 LJO JLT

18              Plaintiff,

19        v.

20   C & S CHONG INVESTMENT
     CORPORATION, a California corporation

21   dba La Quinta Inn Bakersfield North,

22              Defendant.
     ─────────────────────────────────

23   THERESA BROOKE,                              Case No.: 1:16-cv-1408 DAD JLT

24              Plaintiff,

25        v.

26   JDS HOSPITALITY GROUP, LLC, a
     California limited liability company dba

27   Days Inn Bakersfield,

28              Defendant.

                                    1

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1409 AWI JLT |
| Plaintiff, | |
| v. | |
| JHP HOSPITALITY GROUP, INC., a California corporation dba Ramada Limited Bakersfield North, | |
| Defendant. | |
| _____ | |
| THERESA BROOKE, | Case No.: 1:16-cv-1410 LJO JLT |
| Plaintiff, | |
| v. | |
| D.P.R.L. INVESTMENTS, LLC, a California limited liability company dba Hotel Rosedale, | |
| Defendant. | |
| _____ | |
| THERESA BROOKE, | Case No.: 1:16-cv-1411 DAD JLT |
| Plaintiff, | |
| v. | |
| KOO JIN HYUN & CHU MYUNG HEE, trustees of the KOO JIN HYUN & CHU MYUNG HEE TRUST dba Hampton Inn & Suites Bakersfield North-Airport, | |
| Defendant. | |
| _____ | |
| THERESA BROOKE, | Case No.: 1:16-cv-1414 LJO JLT |
| Plaintiff, | |
| v. | |
| PRIME HOSPITALITY SERVICES, LLC, a California limited liability company dba Hampton Inn & Suites Bakersfield/Hwy 58, | |
| Defendant. | |
| _____ | |

2

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1415 LJO JLT |
| Plaintiff, | |
| v. | |
| RP GOLDEN STATE MGT, LLC, a California limited liability company dba Garden Suites Inn, | |
| Defendant. | |

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1416 LJO JLT |
| Plaintiff, | |
| v. | |
| YEHS FAMILY REVOCABLE TRUST dba Rodeway Inn & Suites Bakersfield, | |
| Defendant. | |

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1449 LJO SKO |
| Plaintiff, | |
| v. | |
| KPK, INC., a California corporation dba Travelodge Turlock, | |
| Defendant. | |

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1451 AWI BAM |
| Plaintiff, | |
| v. | |
| S&B HOLDINGS TURLOCK, L.P., a California limited partnership dba Hampton Inn Turlock, | |
| Defendant. | |

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1454 DAD SKO |
| Plaintiff, | |
| v. | |
| LILJENQUIST MODESTO COMPANY, LLC, a California limited liability company dba Modesto Hotel, | |
| Defendant. | |

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1455 DAD EPG |
| Plaintiff, | |
| v. | |
| METRO HOSPITALITY SERVICES, INC., a California corporation dba Hampton Inn Fresno NW, | |
| Defendant. | |

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1456 LJO EPG |
| Plaintiff, | |
| v. | |
| JAYESHKUMAR PATEL, an individual; PRAFULBHAI PATEL, an individual, both individuals dba Budget Inn Modesto, | |
| Defendant. | |

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1465 AWI SKO |
| Plaintiff, | |
| v. | |
| KHATRI BROTHERS, L.P., a California limited partnership dba Clarion Modesto, | |
| Defendant. | |

THERESA BROOKE,

    Plaintiff,

  v.

A&A TARZANA PLAZA, LP, a California
limited partnership dba Hilton Garden Inn
Clovis,

    Defendant.

_____

Case No.: 1:16-cv-1499 AWI MJS

THERESA BROOKE,

    Plaintiff,

  v.

AKSHAR, INC., a California corporation
dba Parkside Inn Fresno,

    Defendant.

_____

Case No.: 1:16-cv-1502 DAD SKO

THERESA BROOKE,

    Plaintiff,

  v.

THANDI ENTERPRISES, LLC, a California
limited liability company dba Holiday Inn
Express Fresno,

    Defendant.

_____

Case No.: 1:16-cv-1503 DAD SAB

THERESA BROOKE,

    Plaintiff,

  v.

BHAGAT BHAVESH, an individual dba
Rodeway Inn Fresno,

    Defendant.

_____

Case No.: 1:16-cv-1505 DAD BAM

THERESA BROOKE,

              Plaintiff,

     v.

FRESNO AIRPORT HOTELS, LLC, a
California limited liability company dba
Ramada Fresno Airport,

              Defendant.

Case No.: 1:16-cv-1506 DAD SAB

_____

THERESA BROOKE,

              Plaintiff,

     v.

KAINTH BROTHERS, INC., a California
corporation dba Country Inn Suites Fresno
North,

              Defendant.

Case No.: 1:16-cv-1508 LJO EPG

_____

THERESA BROOKE,

              Plaintiff,

     v.

SHIV HOTELS, LLC, a California limited
liability company dba Hampton Inn Fresno,

              Defendant.

Case No.: 1:16-cv-1509 LJO SKO

_____

THERESA BROOKE,

              Plaintiff,

     v.

SHIV HOTELS, LLC, a California limited
liability company dba Hampton Inn Fresno,

              Defendant.

Case No.: 1:16-cv-1510 LJO EPG

THERESA BROOKE,                                       Case No.: 1:16-cv-1511 LJO EPG

                Plaintiff,

     v.

SHRIGI, INC., a California corporation dba
Welcome Inn Fresno,

                Defendant.

_____

THERESA BROOKE,                                       Case No.: 1:16-cv-1520 LJO BAM

                Plaintiff,

     v.

THE DAE SUNG & HEE JAE CHA TRUST
dba Quality Inn Tulare,

                Defendant.

_____

THERESA BROOKE,                                       Case No.: 1:16-cv-1521 AWI BAM

                Plaintiff,

     v.

HANFORD INVESTORS, INC., a California
corporation dba Comfort Inn Hanford,

                Defendant.

_____

THERESA BROOKE,                                       Case No.: 1:16-cv-1522 LJO SAB

                Plaintiff,

     v.

INTERLINK PROPERTIES L.P., a
California limited partnership dba Hampton
Inn Visalia,

                Defendant.

_____

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1529 DAD SAB |
| Plaintiff, | |
| v. | |
| NMA HOSPITALITY LLC, a California limited liability company dba La Quinta Tulare, | |
| Defendant. | |
| THERESA BROOKE, | Case No.: 1:16-cv-1530 DAD MJS |
| Plaintiff, | |
| v. | |
| TERRA INVESTMENTS I, LLC, a California limited liability company dba Charter Inn Suites, | |
| Defendant. | |

In each of the cases listed in the caption, the plaintiff complains that each of the defendants acted/failed to act in nearly the identical, if not the identical, manner related to compliance with the Americans with Disabilities Act.

The Court's review of the cases reveals that the actions are related, as that term is defined in Local Rule 123. The actions involve overlapping questions of law and fact and are based on the same or similar claim and assignment to the same Magistrate Judge is likely to effect a substantial savings of judicial effort.  Thus, the Court **ORDERS**:

1. Each of the cases noted above, SHALL be related;

2. Each of the cases, not already assigned to the docket of Magistrate Judge Jennifer L. Thurston, SHALL be reassigned with the assigned District Judge remaining the same.

IT IS SO ORDERED.

Dated:   __**October 20, 2016**__          _____**/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE