# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESA BROOKE,**<br><br>　　　　**Plaintiff**<br><br>　　v.<br><br>**KHATRI BROTHERS, L.P.,**<br><br>　　　　**Defendant** | **CASE NO. 1:16-CV-1465 AWI JLT**<br><br>**ORDER CLOSING CASE IN LIGHT OF NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. No. 12) |

　　　On December 4, 2016, Plaintiff filed a notice of voluntary dismissal with prejudice. See Doc. No. 10.

　　　Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

Here, no answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case, and it appears that no such documents have been served.  Because Plaintiff has exercised her right to voluntarily dismiss her complaint with prejudice under Rule 41(a)(1), this case has terminated automatically.  See Fed. R. Civ. P. 41(a)(1)(A)(i); Wilson, 111 F.3d at 692.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1) voluntary dismissal with prejudice.

IT IS SO ORDERED.

Dated:   December 9, 2016                               _____
                                                        SENIOR DISTRICT JUDGE